### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CRAIG BROWN, | § | |
| Plaintiff, | § | |
| vs. | § | C.A. NO. C-07-42 |
| VENCO, INC., d/b/a MARLIN GAS MEASUREMENT, | § | |
| Defendant. | § | |

### ORDER

On August 10, 2007, the Court received Plaintiff-attorney Charles C. Smith's "Motion to Withdraw as Counsel of Record" in the above-styled action. (D.E. 22.) The Court hereby sets this motion for hearing on October 5, 2007, at 10:00 a.m.

The Court notified Plaintiff of this hearing in writing by mailing this order to Plaintiff at P.O. Box 1994, Orange Grove, Texas, 78372. If Plaintiff is not present at the hearing, the Court may infer from his failure to appear that he is not opposed to Mr. Smith's withdrawal. The Court cautions Plaintiff that, if the Court grants Mr. Smith's motion to withdraw, Plaintiff may be forced to proceed pro se.

SIGNED and ENTERED this 22nd day of August, 2007.

_____
Janis Graham Jack
United States District Judge